

# United States District Court
# Eastern District of California

MCM Construction, Inc.

Plaintiff(s)

Case Number: 2:25-cv-01568-JAM-JDP

V.

Zurich American Insurance Company

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Stephanie Tippit hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Zurich American Insurance Company

On 04/20/2006 (date), I was admitted to practice and presently in good standing in the

Supreme Court of Texas (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

N/A

Date: 06/18/2026          Signature of Applicant: /s/ /s/ Stephanie Tippit

**Pro Hac Vice Attorney**

Applicant's Name: Stephanie Tippit

Law Firm Name: Mound Cotton Wollan & Greengrass LLP

Address: 3 Greenway Plaza

Suite 1300

City: Houston        State: Texas    Zip: 77046

Phone Number w/Area Code: 281-572-8357

City and State of Residence: Katy, Texas

Primary E-mail Address: stippit@moundcotton.com

Secondary E-mail Address: mheard@moundcotton.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jonathan Gross

Law Firm Name: Mound Cotton Wollan & Greengrass LLP

Address: 2200 Powell Street

Suite 1050

City: Emeryville        State: CA    Zip: 94608

Phone Number w/Area Code: (510) 616-9375        Bar # 122010

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 18, 2026

_____
JUDGE, U.S. DISTRICT COURT