ALEXANDER F. STUART- SBN 96141
SCOTT F. STUART- SBN 310710
**STUART LAW GROUP, INC.**
1901 S. Bascom Avenue, Suite 1440
Campbell, California 95008
Telephone: (408) 494-9204
Email: alex@stuartlawgroup.net

Attorneys for Plaintiff
MCM CONSTRUCTION, INC.

MOUND COTTON WOLLAN & GREENGRASS, LLP
Jonathan Gross, State Bar No. 122010
jgross@moundcotton.com
Stephanie Tippit, *Pro Hac Vice*
stippit@moundcotton.com
2200 Powell Street, Suite 1050
Emeryville, CA 94608
Telephone: (510)616-9371
Facsimile: (510) 900-

Attorneys for Defendant
ZURICH AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCM CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZURICH AMERICAN INSURANCE COMPANY and DOES 1-100, inclusive, <br><br> Defendants. | Case No.: 2:25-cv-01568-JAM-JDP <br><br> **FIRST STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** <br><br> **FIRST REQUEST FOR EXTENSION** |

Plaintiff MCM Construction, Inc. ("Plaintiff") and Defendant Zurich American Insurance Company ("Defendant") by and through their respective counsel, hereby stipulate and request the Court to approve their agreement for an extension of the discovery, other pretrial deadlines, and trial date as follows by approximately 180 days:

- 1 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY, PRETRIAL DATES AND TRIAL DATE

1. On August 7, 2025, the Court issued its Pretrial Scheduling Order setting pretrial scheduling dates and the trial date. (Dkt 8)

2. Since issuance of the Pretrial Scheduling Order, the parties have exchanged written discovery, subpoenaed third party records, met and conferred regarding deposition scheduling, and stipulated to a protective order for the completion of Defendant's document production.

3. The parties also have discussed, through their respective counsel, the benefits of mediating this matter before disclosing experts and taking up court time with dispositive motions. The parties have agreed to mediate the matter with Jerry Kurland on August 31, 2026, and believe it is in the interests of justice that all pretrial scheduling dates and the trial date are continued to times after the mediation has concluded.

4. The parties thus jointly request that the Court extend the current deadlines for completing factual discovery and disclosing experts, that the Court set a new deadline for the filing of dispositive motions and a new hearing date for such motions, and that the Court schedule new pretrial conference and trial dates to reasonably follow a new close of discovery:

| Deadline | Current Date | Proposed New Date |
| --- | --- | --- |
| Expert disclosures due | July 17, 2026 | January 8, 2027 |
| Rebuttal expert disclosures | July 31, 2026 | January 22, 2027 |
| Close of factual discovery | September 11, 2026 | February 19, 2027 |
| Last Day to File Motions | November 6, 2026 | April 2, 2027 |
| Hearing of Motions | January 5, 2027, at 1:00 p.m. | August 3, 2027, at 1:00 p.m. |
| Final Pretrial Conference | March 12, 2027, at 10:00 a.m. | October 8, 2027, 1:30 p.m. |
| Trial Date | April 26, 2027, at 9:00a.m. | November 15, 2027, at 9:00 a.m. |

5. Accordingly, the parties stipulate and respectfully request that the Court extend the deadlines as proposed, or alternative dates convenient for the Court.

///
///

- 2 -

Case 2:25-cv-01568-JAM-JDP   Document 15   Filed 07/07/26   Page 3 of 4

Dated: July 2, 2026                    STUART LAW GROUP, INC.


                                       By:  /s/ *Alexander F. Stuart*
                                           ALEXANDER F. STUART
                                           Attorneys for Plaintiff
                                           MCM CONSTRUCTION, INC.


Dated: July 2, 2026                    MOUND WALLEN COTTON & GREENGRASS,
                                       LLP


                                       By: /s/ *Stephanie Tippit*
                                           STEPHANIE TIPPIT
                                           Attorneys for Defendant
                                           ZURICH AMERICAN INSURANCE
                                           COMPANY

### PROPOSED ORDER

After considering the stipulation, IT IS HEREBY ORDERED THAT:

1.  For good cause shown, the stipulation is granted;

2.  The discovery, motion, pretrial and trial dates are continued as follows:

    Expert disclosures due: January 8, 2027

    Rebuttal expert disclosures due: January 22, 2027

    Close of factual discovery: February 19, 2027

    Last day for filing motions: April 2, 2027

    Hearing of Motions: _____

    Final Pretrial Conference: _____

    Trial date: _____

Dated: _____

                                       _____
                                       JOHN A. MENDEZ
                                       SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY, PRETRIAL DATES AND TRIAL DATE

STUART LAW GROUP, INC.

### FIRST ORDER MODIFYING PRETRIAL SCHEDULING ORDER

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order is **MODIFIED** as follows:

| Deadline | Current Date | New Date |
|---|---|---|
| Expert disclosures due | July 17, 2026 | **January 8, 2027** |
| Rebuttal expert disclosures | July 31, 2026 | **January 22, 2027** |
| Close of factual discovery | September 11, 2026 | **February 19, 2027** |
| Last Day to File Motions | November 6, 2026 | **April 02, 2027** |
| Hearing of Motions | January 5, 2027, at 1:00 p.m. | **July 27, 2027, at 1:00 p.m.** |
| Final Pretrial Conference | March 12, 2027, at 10:00 a.m. | **September 24, 2027, 10:00 a.m.** |
| Trial Date (10 Days) | April 26, 2027, at 9:00a.m. | **November 08, 2027, at 9:00 a.m.** |

All other instructions contained in the Pretrial Scheduling Order (ECF No. 8), entered August 07, 2025, shall remain in effect.

**IT IS SO ORDERED.**

Dated: July 07, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

- 4 -