Alexander F. Stuart, SBN 96141
**STUART LAW GROUP, INC.**
1901 S. Bascom Ave., Suite 1440
Campbell, CA 95008
Telephone: (408) 289-1972
Email: alex@stuartlawgroup.net

Attorneys for Plaintiff
MCM CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MCM CONSTRUCTION, INC., a California corporation,

Plaintiff,

v.

ZURICH AMERICAN INSURANCE COMPANY,

Defendant.

Case No. 2:25-cv-01568-JAM-JDP

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff MCM Construction, Inc. ("Plaintiff") and Defendant Zurich American Insurance Company ("Defendant"), by and through their undersigned counsel, STIPULATE AS FOLLOWS:

///

///



STUART LAW GROUP

1. Plaintiff and Defendant agree to the Dismissal of Plaintiff's Complaint with prejudice, each party to bear their own costs, expenses and fees.

Dated: November 23, 2026

STUART LAW GROUP

By: *<u>/s/ Alexander F. Stuart</u>*
Alexander F. Stuart
Attorneys for Plaintiff
MCM Construction, Inc.

Dated: November 23, 2026

MOUND COTTON WOLLAN & GREENGRASS LLP

By: *<u>/s/ Jonathan Gross</u>*
Jonathan Gross
Attorneys for Defendant
Zurich American Insurance Company

**<u>ORDER OF DISMISSAL WITH PREJUDICE</u>**

Based on the parties' Stipulation, the Clerk of the Court is **DIRECTED** to **DISMISS** this matter **WITH PREJUDICE**, each party to bear their own costs, expenses and fees.

IT IS SO ORDERED.

Dated: November 24, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STUART LAW GROUP